IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES ANTHONY DAVIS,

               Plaintiff,

v.

BRIAN PILLER,

               Defendant.

ORDER

14-cv-687-jdp

---

Plaintiff James Anthony Davis is proceeding on due process and Eighth Amendment claims against defendant Brian Piller for fabricating a report of Davis overdosing on drugs that led to him being subjected to unnecessary medical procedures to treat the non-existent overdose. I previously granted Davis's motion for the court's assistance in recruiting him counsel and stayed the case.

The court has successfully located counsel for Davis. Attorneys Tomislav Z. Kuzmanovic, Andrew P. Trevino, and Mollie T. Kugler of the law firm Hinshaw & Culbertson LLP have agreed to represent Davis, with the understanding that they will serve with no guarantee of compensation for their services. It is this court's intention that the scope of representation extends to proceedings in this court only.[1]

Davis should understand that because he is now represented in this case, he may not communicate directly with the court from this point forward. He must work directly with his lawyers and must permit them to exercise their professional judgment to determine which

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a notice of appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

matters are appropriate to bring to the court's attention and in what form. Davis does not have the right to require counsel to raise frivolous arguments or to follow every directive he makes. He should be prepared to accept the strategic decisions made by his lawyers even if he disagrees with some of them. If Davis decides at some point not to work with these lawyers, he is free to end the representation, but he should be aware that it is unlikely that the court will recruit another lawyer to represent him.

ORDER

IT IS ORDERED that the clerk of court is directed to set a telephone conference before Magistrate Judge Stephen Crocker to set the schedule for the remainder of the proceedings in this lawsuit.

Entered January 9, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge