IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES ANTHONY DAVIS,

    Plaintiff,

v.

BRIAN PILLER,

    Defendant.

SUPPLEMENTAL
SCHEDULING ORDER

14-cv-687-jdp

---

At a March 21, 2018 unrecorded telephonic hearing with counsel for both sides, the court added interstitial dates to the partial calendar set on February 14, 2018, *see* dkt. 43. These are the additional dates and deadlines:

Disclosure of Expert Witnesses: Plaintiff: May 25, 2018

                                Defendant: July 27, 2018

Plaintiff's response to defendant's summary judgment motion: August 24, 2018

Plaintiff's motion for summary judgment: August 24, 2018

Defendant's reply on his summary judgment motion: September 21, 2018

Defendant's response to any plaintiff summary judgment motion: September 21, 2018

Plaintiff's reply if he files his own summary judgment motion: October 5, 2018

Entered this 21st day of March, 2018.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge