IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES ANTHONY DAVIS,

    Plaintiff,

  v.

Case No. 14-cv-687-jdp

BRIAN PILLER,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant closing this case.

| /s/ | 01/30/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |